PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:	(415) 697-2000
Facsimile:	(415) 813-2045

Attorneys for Defendants
CITY OF MODESTO and MODESTO POLICE
DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE GIL, individually; ANGELICA MARIE GIL, a minor; ARLENE MARIE GIL, a minor; ISABEL VICTORIA GIL, a minor; and PEDRO ANTONIO GIL, JR., a minor, by and through their Guardian ad Litem, LISA MARIE GIL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO; MODESTO POLICE DEPARTMENT; INVOLVED MODESTO POLICE OFFICERS; COUNTY OF STANISLAUS; STANISLAUS COUNTY SHERIFF'S OFFICE; and INVOLVED SHERIFF'S DEPUTIES; and DOES 1 to 100,<br><br>Defendants. | Case No. 1:20-CV-01368-NONE-HBK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' 42 U.S.C. § 1983 CLAIM**<br><br>Trial:	None Set |

/////

/////

/////

/////

/////

**STIPULATION**

WHEREAS on July 6, 2020, Plaintiffs filed their Complaint for (1) Negligence and (2) Deprivation of a Federal Right under 42 U.S.C. § 1983 in Stanislaus County Superior Court against Defendants City of Modesto, Modesto Police Department, County of Stanislaus, and Stanislaus County Sheriff's Department;

WHEREAS on September 28, 2020, Defendants City of Modesto and Modesto Police Department removed this action to this Court under 28 U.S.C. § 1441(a);

WHEREAS Plaintiffs seek to dismiss their second cause of action for Deprivation of a Federal Right under 42 U.S.C. § 1983;

WHEREAS all parties who have appeared are entering into this stipulation to dismiss;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants City of Modesto, Modesto Police Department, County of Stanislaus, and Stanislaus County Sheriff's Department, by and through their respective counsel, that:

1. Plaintiffs' second cause of action for deprivation of a federal right under 42 U.S.C. § 1983 is hereby dismissed with prejudice.

2. Because removal jurisdiction was predicated on plaintiffs' sole federal claim, the sole federal claim has been dismissed, and plaintiffs' sole remaining claim is for common law negligence under California law, the parties agree that this case is appropriate for remand to state court.

Dated: January 13, 2021            RIVERA HEWITT PAUL, LLP


By: /s/Shanan L. Hewitt
      Shanan L. Hewitt
      Wendy Motooka
Attorneys for Defendants, COUNTY OF STANISLAUS and STANISLAUS COUNTY SHERIFF'S DEPARTMENT

| | |
|---|---|
| Dated: January 13, 2021 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
| | By: */s/ Patrick Moriarty* |
| | Patrick Moriarty |
| | John B. Robinson |
| | Attorneys for Defendants, CITY OF MODESTO and MODESTO POLICE DEPARTMENT |
| Dated: January 13, 2021 | CAPUTO & VAN DER WALDE, LLP |
| | By: */s/Paul F. Caputo* |
| | Paul F. Caputo |
| | Attorneys for Plaintiffs |
| Dated: January 13, 2021 | LEANOS LAW FIRM |
| | By: */s/Jamie A. Leanos* |
| | Jamie A. Leanos |
| | Attorneys for Plaintiffs |

**ORDER**

The court, having reviewed the stipulation of all parties dismissing plaintiffs' sole federal claim, orders that plaintiffs' second cause of action for deprivation of a federal right under 42 U.S.C. § 1983 is hereby dismissed with prejudice.

The court now lacks subject matter jurisdiction over this action. Under 28 U.S.C. § 1367(c)(3), the court hereby declines to exercise supplemental jurisdiction over plaintiffs' remaining state law negligence claim and remands the action to state court.

IT IS SO ORDERED.

Dated: **January 13, 2021**       _Dale A. Drozd_
                                  UNITED STATES DISTRICT JUDGE